# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-335-4 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| HAKIM BENJAMIN, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Hakim Benjamin and enter a finding of guilty against defendant. (Doc. No. 44.)

On June 23, 2022, the government filed an Indictment against defendant. (Doc. No. 13.) On September 14, 2022, this Court issued an order assigning this case to Magistrate Judge Knapp for the purpose of receiving defendant's guilty plea. (Doc. No. 38.)

On October 13, 2022, a hearing was held in which defendant entered a plea of guilty to:

- Count 1, charging him with Conspiracy to Commit Sale or Receipt of Stolen Vehicles, in violation of 18 U.S.C. Section 371;

- Count 4, charging him with Sale or Receipt of Stolen Vehicles, in violation of 18 U.S.C Section 2313.

Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 44.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1 and 4 of the indictment. The sentencing will be held on February 4, 2023, at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: November 7, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**