# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-335-SL-4 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| HAKIM BENJAMIN, | ) | CONDITIONS OF |
| | ) | SUPERVISED RELEASE |
| | ) | |
| DEFENDANT. | ) | |

A Second Superseding Violation Report was filed in this case on November 26, 2025.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on December 3, 2025. The defendant admitted to the following violations:

1. New Law Violation (Guilty);
2. Illicit Substance Use;
3. Failure to Pay Restitution; and
4. Failure to Comply with Standard Condition #9.[2]

The magistrate judge filed a report and recommendation on December 3, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, and 3, defendant admits to Violations 1, 2, and 3 as set forth in Superseding Violation Report. The Government withdrew Violation 4.

---

[1] Original violation report filed on 9/3/2025. Superseding violation report filed on 9/12/2025.
[2] The Government withdrew Violation 4.

A final supervised release violation hearing was conducted on January 8, 2025. Present were the following: Assistant United States Attorney Jason White, representing the United States; Attorneys Richard Kutuchief representing the defendant; the defendant, and United States Probation Officer DiAndra Gibson.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 10 months as to each count to run concurrently. Upon release from custody, the defendant is to be placed on supervised release for a period of 12 months, with the same terms and conditions as previously imposed and with the following additional special condition:

**Alcohol Restriction:** You must not use or possess alcohol

Additionally, the Court reimposes defendant's restitution obligation in the amount of $1,203,445.00, less any amounts paid, on a joint a several basis with his co-defendants as set forth in the court's judgment entry filed on February 1, 2023, at Document Number 58.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 8, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2